**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.   **ED CV 23-681-JFW(KKx)** | Dated: June 8, 2023 |
| Title:   Norma Bacani -v- HDR Engineering, Inc., et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TAKING UNDER SUBMISSION PLAINTIFF'S MOTION FOR ORDER REMANDING ACTION TO STATE COURT [filed 5/12/23; Docket No. 21]**

   Plaintiff's Motion for Order Remanding Action to State Court is currently on calendar for June 12, 2023, at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for June 12, 2023 is hereby vacated and the matter is taken off calendar.  The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

   IT IS SO ORDERED.

Initials of Deputy Clerk   sr